Miriam E. Hiser (129824)
**LAW OFFICES OF MIRIAM HISER**
12 Gough Street No. 2
San Francisco, California 94103
Telephone: 415-345-9234
mhiser@hiserlaw.com
Attorneys for Real-Party-In-Interest
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CAROLE AOESE TAVITA,<br><br>    Debtor. | Case No. 24-10350<br><br>Chapter 7 |
| CAROLE AOESE TAVITA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION/MOHELA; NAVIENT SOLUTIONS, LLC.,<br><br>    Defendants. | Adv. Pro. No. 24-01028<br><br>DCN: MEH-1<br><br>**ORDER] APPROVING STIPULATION TO ADD DEFENDANT DUE TO TRANSFER OF INTEREST AND TO DISMISS NAMED DEFENDANTS** |

Good cause appearing, IT IS HEREBY ORDERED that the Stipulation to Add Defendant Due to Transfer of Interest and to Dismiss Named Defendants, attached hereto as Exhibit A, is approved and that EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC") is added as a Party Defendant and named Defendants Department of Education/MOHELA and Navient Solutions, LLC are dismissed.

Dated: Nov 12, 2024

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

|  |  |
|---|---|
| Miriam E. Hiser (129824)<br>**LAW OFFICES OF MIRIAM HISER**<br>12 Gough Street No. 2<br>San Francisco, California 94103<br>Telephone: 415-345-9234<br>mhiser@hiserlaw.com<br>Attorneys for Real-Party-In-Interest<br>EDUCATIONAL CREDIT<br>MANAGEMENT CORPORATION | |

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CAROLE AOESE TAVITA,<br><br>　　Debtor. | Case No. 24-10350<br><br>Chapter 7 |
| CAROLE AOESE TAVITA,<br><br>　　Plaintiff,<br>vs.<br><br>DEPARTMENT OF EDUCATION/MOHELA; NAVIENT SOLUTIONS, LLC. ,<br><br>　　Defendants. | Adv. Pro. No. 24-01028<br><br>DCN: MEH-1<br><br>**STIPULATION TO ADD DEFENDANT DUE TO TRANSFER OF INTEREST AND TO DISMISS NAMED DEFENDANTS** |

　　IT IS HEREBY STIPULATED by and between Plaintiff Carole Aoese Tavita and EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC") as follows:

　　1.　　On or about September 7, 2006, Plaintiff executed a Federal Consolidation Loan Application and Promissory Note. The Note was made pursuant to the Federal Family Education Loan Program ("FFELP"). Named Defendant Navient Solutions, LLC. is the servicer on the Note. As a servicer, Navient Solutions, LLC. has no "right, title or interest" in the note. The Note was guaranteed by American Student Assistance ("ASA").

　　2.　　ECMC is a guaranty agency under the FFELP. On or about September 25, 2024, ASA transferred and assigned the Note to ECMC.

　　3.　　Accordingly, Plaintiff and ECMC stipulate that ECMC be added as the named

1

Stipulation
Case No. 24-10350; Adv. Proc. No. 24-01028

Defendant in this adversary proceeding and that named Defendant Navient Solutions, LLC be dismissed.

    IT IS SO STIPULATED:

Dated: October 17, 2024.

*[signature]*
Carole Aoese Tavita
Plaintiff in pro per

Dated: October 17, 2024.

LAW OFFICES OF MIRIAM HISER

By: *[signature]* Miriam Hiser
Miriam Hiser
Attorneys for
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

2

Stipulation
Case No. 24-10350; Adv. Proc. No. 24-01028