Miriam E. Hiser (129824)
**LAW OFFICES OF MIRIAM HISER**
12 Gough Street No. 2
San Francisco, California 94103
Telephone: 415-345-9234
mhiser@hiserlaw.com

Attorneys for Defendant
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 24-10350 |
| CAROL AOESE TAVITA, | Chapter 7 |
| Debtor. | |
| CAROL AOESE TAVITA, | Adv. Pro. No. 24-01028 |
| Plaintiff, | **ORDER APPROVING STIPULATED JUDGMENT** |
| vs. | |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | |
| Defendant. | |

The Court, having reviewed the Stipulated Judgment filed as Docket Number 60, a copy of which is attached hereto as Exhibit A, orders as follows:

The Stipulated Judgment is approved and judgment is entered in this matter on the terms described therein.

Dated: Jul 29, 2025

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[Proposed] Order Approving Stipulated Judgment
Case No. 24-10350; Adv. Proc. No. 24-01028

[                                    1

EXHIBIT A

Miriam E. Hiser (129824)
**LAW OFFICES OF MIRIAM HISER**
12 Gough Street No. 2
San Francisco, California 94103
Telephone: 415-345-9234
mhiser@hiserlaw.com

Attorneys for Defendant
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CAROL AOESE TAVITA,<br><br>　　Debtor. | Case No. 24-10350<br><br>Chapter 7 |
| CAROL AOESE TAVITA,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>EDUCATIONAL CREDIT<br>MANAGEMENT CORPORATION,<br><br>　　Defendant. | Adv. Pro. No. 24-01028<br><br>**STIPULATED JUDGMENT** |

IT IS HEREBY STIPULATED by and between Carol Aoese Tavita ("Plaintiff"), and Defendant Educational Credit Management Corporation ("ECMC"), that the following facts are true and that judgment be entered in this matter as follows:

1.　　Plaintiff executed a Promissory Note (the "Note") for a federally guaranteed consolidation student loan. The loan was disbursed on October 13, 2006 in the amount of $56,427.71. The loan holds a fixed interest rate of 8.00%.

2.　　The Note evidences a student loan made to Plaintiff under a program funded in whole or in part by a governmental unit within the meaning of 11 U.S.C. § 523(a)(8).  The program, referred to as the Federal Family Educational Loan Program (("FFELP"), formerly

1

known as the Guaranteed Student Loan Program), was established by the Higher Education Act of 1965, as codified at 20 U.S.C. § 1071 *et seq.*

3. ECMC is a private, nonprofit corporation and a guaranty agency under the FFELP. ECMC is a Minnesota corporation with its principal place of business located at 111 Washington Avenue South, Suite 1400, Minneapolis, MN 55401.

4. ECMC currently holds all right, title and interest in the Note.

5. Plaintiff is a 53-year-old married individual whose husband is unable to work because of medical conditions.

6. Plaintiff alleges that repayment of her student loan obligation would cause an undue hardship for herself.

7. The unpaid balance of the Note is $225,781.65 as of June 2, 2025.

**A. STIPULATION**

8. Plaintiff and ECMC agree to a settlement of this adversary proceeding on the following terms:

    A. Plaintiff unconditionally agrees that her obligation to Defendant ECMC pursuant to the Notes shall be nondischargeable.

    B. Plaintiff shall pay a principal balance of $42,800 at a reduced interest rate of 0% in satisfaction of the entire debt stated in Paragraphs 1 and 7.

    C. Plaintiff will make payments towards this balance as follows:

        1. $120.00 per month for the first twenty four months for a total of $2,880.
        2. $200 per month for the next twenty four months for a total of $4,800.
        3. $262.28 for the remaining 132 months for a total of $34,620.96.

    D. Plaintiff's first payment will be due August 1, 2025, and each subsequent payment will be due on the 1st of every month thereafter.

9. Upon compliance with and completion of the terms of this Stipulation, Plaintiff's liability under the Notes described in Paragraphs 1 and 7 shall be deemed satisfied, and any remaining balance due under the original terms of the Note will be discharged. Upon discharge, ECMC will execute and deliver a full, final and complete release of liability from the sums owed under the Note described in Paragraph 1.

///

2

10. All payments to ECMC shall be addressed and mailed to:

> ECMC
> NW Lockbox #8682
> P.O. Box 16478
> St. Paul, MN 55116-0478

11. If any one payment is more than thirty (30) days delinquent, Plaintiff shall be in default. If Plaintiff fails to cure the default within ten (10) days of the date of the letter notifying Plaintiff of such default, then this Stipulation shall become null and void, and all of the original terms of the Note shall again be in effect, including unpaid principal, interest that would have accrued, and regulatory collection costs if applicable, less any payments made under this Stipulation.

12. Plaintiff shall be entitled to three (3) separate deferment periods of three (3) months each, during which all payment due under this Stipulation shall be suspended, at no cost or penalty to Plaintiff. Plaintiff must request each deferment by telephone or by writing prior to her monthly payment due date using the contact information in Paragraph 23 of this Stipulation.

13. ECMC's failure to provide a coupon payment booklet, monthly reminder notice, or receipt for payment does not relieve Plaintiff's obligation and/or agreement to make consecutive, timely, monthly payments as described above.

14. Plaintiff may at any time choose to repay her student loan obligation to ECMC in full or in part ahead of schedule without prepayment penalty. Consolidation, however, is not considered prepayment. If Plaintiff consolidates the Notes, the amount certified will be the amount due under the original terms of the Notes, including any charges or fees allowed by federal regulations and this stipulation shall become void.

15. If any one or more terms or provisions of this Stipulation is/are held to be unenforceable, the remaining terms and provisions shall remain in full force and effect and shall be construed as if the unenforceable provisions had never been contained in this Stipulation.

16. Any amendment, modification, or waiver of any term or condition of this Stipulation must be made in writing and signed by all parties hereto. Any attempted oral or implied amendment, modification or waiver shall be null and void.

Stipulated Judgment
Case No. 24-10350; Adv. Proc. No. 24-01028

17. Except as provided in this Stipulation, all other terms of the Notes remain in effect and are hereby incorporated by reference. To the extent that the terms of the Notes conflict with the terms of this Stipulation, the terms in this Stipulation control.

18. This Stipulation and any attachments that are incorporated herein constitute the entire agreement of the parties.

19. Each person signing this Stipulation warrants that he/she is fully authorized to sign this Stipulation on his/her behalf and on behalf of his/her respective predecessors, transferors and/or assignors and that the Stipulation is therefore, binding upon and enforceable against the same.

20. This Stipulation is binding upon and shall inure to the benefit of the parties hereto, their respective heirs, executors, administrators, predecessors, successors and assigns.

21. Each party hereto agrees to bear his/her own costs, expenses and attorney's fees in connection with the aforementioned lawsuit and claims.

22. All notices sent to Plaintiff pursuant to this Stipulation shall be sent by U.S. Mail, postage paid:

23. Plaintiff will use the following contact information for all contact with ECMC related to this Stipulation:

> ECMC
> Attention: Legal Department
> P.O. Box 64909
> St. Paul, MN 55164-0909
> Email: stipulations@ecmc.org
> Phone: (800) 276-0366, option 2

24. The parties to this Stipulation certify that they have read and fully understand its terms.

///

///

///

///

4

**IT IS SO STIPULATED.**

Dated: June 24, 2025

Carol Aoese Tavita
Plaintiff In Pro Per


Dated: June 24, 2025

LAW OFFICES OF MIRIAM HISER

Miriam Hiser
Attorney for Defendant
Educational Credit Management Corporation

5

Stipulated Judgment
Case No. 24-10350; Adv. Proc. No. 24-01028